CITY AND SUBURBAN RAILWAY COMPANY *v.* MARSCHER.

LEWIS, J. The charge of the court complained of, on the subject of mistrials by juries, while improper, did not require a new trial in this case; and this being the second verdict of the jury for the plaintiff, and the same being sustained by the evidence, the judge of the superior court did not err in overruling the certiorari and refusing a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued January 25, — Decided March 3, 1898.

Action for damages. Before Judge Falligant. Chatham superior court. March term, 1897.

*Saussy & Saussy* and *Barrow & Osborne,* for plaintiff in error.
*G. B. Whatley* and *McAlpin & LaRoche,* contra.

---

RIVERS *v.* WEST.

COBB, J. Where a case was assigned for trial on a day certain, in accordance with the practice prevailing in the court in which it was pending, and on the day immediately preceding was tried and disposed of upon the statement by counsel for plaintiff that the defendant could not be found and was not represented by counsel, the discretion of the trial judge in setting aside the verdict and judgment and reinstating the case at the same term will not be controlled, when it appears that the defendant was represented by counsel, who was in court on the day the case was originally assigned for trial, although the fact that such counsel represented the defendant was at the time of the assignment unknown to the court and to counsel for the opposite party.    *Judgment affirmed. All the Justices concurring.*

Submitted January 27, — Decided March 3, 1898.

Motion to reinstate. Before Judge Falligant. Chatham superior court. June term, 1897.

*J. G. & D. H. Clark,* for plaintiff.
*W. H. Boyd* and *W. F. Slater,* for defendant.